UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) |
| v. | ) ) Case No. 5:22-cv-71 |
| WOLVERINE BRASS, INC, PLUMBMASTER, INC., PROFESSIONAL PLUMBING GROUP, INC. F.W. WEBB COMPANY, FANSKI GROUP, INC. and FANSKI USA, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER CONCERNING REPLACEMENT COUNSEL

On February 27, 2023, defense counsel Paul Frank + Collins moved to withdraw, requesting forty-five (45) days for defendants to obtain replacement counsel. The court granted the motion on March 3, 2023. No new attorney has entered an appearance for any of the defendants.

A corporation cannot represent itself in federal court. It can only appear through counsel. The court orders that defendants obtain new counsel within thirty (30) days. If counsel has not entered an appearance by July 14, 2023, plaintiffs may seek a default judgment against any or all defendants. See F.R.Civ.P. 55(a) (default available "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead *or otherwise defend…*").

The court will send a copy of this order to previous counsel David Pocius at Paul Frank + Collins to ensure that it is forwarded in an expeditious manner to a representative of the three defendants. If plaintiff seeks a default judgment, it will be necessary for plaintiff to make personal service of this order on the three defendants prior to entry of default.

Dated at Burlington, in the District of Vermont, this 14th day of June, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court